# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: June 30, 2016 Judge: Hon. James Donato

Time: 11 Minutes

Case No. **C-16-01941-JD *SEALED***
Case Name **JMA Ventures, LLC et al v. Starwood Hotels and Resorts Worldwide Inc.**

Attorney(s) for Plaintiff(s): Michael Aaron Feldman/Joshua H. Lerner
Attorney(s) for Defendant(s): Jacquelyn Schell/Noah Weissman

Deputy Clerk: Lisa Clark

PROCEEDINGS

Telephonic Hearing Not Reported - Held

RESULT OF HEARING

The Court expresses concern about the blanket sealing of documents in the case and the parties agree it should not proceed under seal.

The Court lifts the sealing order going forward. Documents already filed, Dkt. Nos. 1 through 33, will remain under seal pending further order of the Court. Future filings in this case will be filed in the public record, except to the extent parties obtain (and not just request) an order under Civil Local Rule 79-5.

By July 14, 2016, the parties will file a motion to seal under Civil L.R. 79-5 for the complaint and motion to dismiss. After ruling on the motion, the Court will unseal portions not subject to sealing and the rest of the docket.