Meryl Macklin (CA State Bar No. 115053)
*meryl.macklin@bryancave.com*
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 675-3400
Facsimile: (415) 675-3434

Noah M. Weissman
nmweissman@bryancave.com
*Admitted Pro Hac Vice*
Jacquelyn N. Schell
jacquelyn.schell@bryancave.com
*Admitted Pro Hac Vice*
BRYAN CAVE LLP
1290 Avenue of the Americas, 35th Floor
New York, NY 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-4630

Attorneys for Defendant
STARWOOD HOTELS & RESORTS WORLDWIDE INC.

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2994

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JMA VENTURES, LLC and THE ROXBOROUGH GROUP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>STARWOOD HOTELS AND RESORTS WORLDWIDE INC.,<br><br>Defendant. | Case No. 16-cv-01941-JD<br><br>Assigned to the Hon. James Donato<br><br>**[PROPOSED] ORDER GRANTING STARWOOD'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Action Filed: April 12, 2016<br>Trial Date: Not Assigned |

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2994

Having considered Defendant Starwood Hotels & Resorts Worldwide, Inc.'s ("Starwood") Administrative Motion to File Documents Under Seal along with the Declaration of Cindy Potter submitted in support thereof, pursuant to Civil Local Rules 79-5 and 7-11, and good cause appearing:

IT IS HEREBY ORDERED THAT Starwood's Administrative Motion to File Documents Under Seal is GRANTED. The designated portions, as indicated in the table below, of (1) JMA Ventures, LLC'S and the Roxborough Group, LLC's Complaint and exhibits attached thereto, and (2) Starwood's Motion to Dismiss and exhibits and declaration attached thereto shall be filed under seal and are hereby ORDERED sealed.

DATED: ________________________ By:________________________________

Honorable James Donato
United States District Judge

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2994

**79-5(d)(B) TABLE OF REDACTIONS**

| **Document** | **Portion to be Sealed** | **Harm from Disclosure** |
|---|---|---|
| Plaintiffs' Complaint (also attached as Ex. 1 to Macklin Declaration i/s/o Starwood's Motion to Dismiss) | ¶ 19, price term | The price term reflects a trade secret held by Starwood the disclosure of which puts Starwood at a significant competitive disadvantage in future negotiations for the sale of this and other properties. |
| | ¶ 24, clause following "error and" to end of the sentence | The financial term relates to the price term and therefore reflects a trade secret held by Starwood the disclosure of which puts Starwood at a significant competitive disadvantage in future negotiations for the sale of this and other properties. |
| | ¶ 26, clause following "errors and" to end of the sentence | The financial term relates to the price term and therefore reflects a trade secret held by Starwood the disclosure of which puts Starwood at a significant competitive disadvantage in future negotiations for the sale of this and other properties. |
| | Fn 2 | The financial terms relate to the price term and therefore reflects a trade secret held by Starwood the disclosure of which puts Starwood at a significant competitive disadvantage in future negotiations for the sale of this and other properties. |
| | ¶ 44, price term | The price term reflects a trade secret held by Starwood the disclosure of which puts Starwood at a significant competitive disadvantage in future negotiations for the sale of this and other properties. |
| | ¶ 47, price terms | The price terms reflect trade secrets held by Starwood the disclosure of which puts Starwood at a significant competitive disadvantage in future negotiations for the sale of this and other properties. |
| | ¶ 49, clause following "in addition to" to end of sentence | The financial terms relate to the price term and therefore reflect a trade secret held by Starwood the disclosure of which puts Starwood at a significant competitive disadvantage in future negotiations for the sale of this and other properties. |

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2994

| | | |
|---|---|---|
| | ¶ 50, "including" to end of sentence | The financial terms relate to the price term and therefore reflect a trade secret held by Starwood the disclosure of which puts Starwood at a significant competitive disadvantage in future negotiations for the sale of this and other properties. |
| | ¶ 58, Term Sheet provision | The provision reflects financial terms and is a trade secret held by Starwood the disclosure of which puts Starwood at a significant competitive disadvantage in future negotiations for the sale of this and other properties. |
| Complaint Ex. B: "Term Sheet" (also attached as Ex. 1 to Macklin Declaration i/s/o Starwood's Motion to Dismiss) | "Purchase Price" provision, p. 2 | The financial term reflects a trade secret held by Starwood the disclosure of which puts Starwood at a significant competitive disadvantage in future negotiations for the sale of this and other properties. |
| | "Earnest Money", p. 2, deposit amounts | These deposit amounts relate to the price term and therefore reflect a trade secret held by Starwood the disclosure of which puts Starwood at a significant competitive disadvantage in future negotiations for the sale of this and other properties. |
| | First full provision, p. 3 | The provision reflects financial terms and is a trade secret held by Starwood the disclosure of which puts Starwood at a significant competitive disadvantage in future negotiations for the sale of this and other properties. |
| Memorandum of Law i/s/o Starwood's Motion to Dismiss | 4:24-5:2, Term Sheet provision | This is an excerpt from a provision that reflects financial terms and is a trade secret held by Starwood the disclosure of which puts Starwood at a significant competitive disadvantage in future negotiations for the sale of this and other properties. |
| | 5:4-8, Term Sheet provision | This is an excerpt from a provision that reflects financial terms and is a trade secret held by Starwood the disclosure of which puts Starwood at a significant competitive disadvantage in future negotiations for the sale of this and other properties. |
| | 17:11, price term | The price term reflects a trade secret held by Starwood the disclosure of which puts Starwood at a significant competitive disadvantage in future negotiations for the sale of this and other properties. |

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2994

| | | |
|---|---|---|
| | 18:5, price term | The price term reflects a trade secret held by Starwood the disclosure of which puts Starwood at a significant competitive disadvantage in future negotiations for the sale of this and other properties. |