# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: October 6, 2016 Judge: Hon. James Donato

Time: 14 Minutes

Case No. **C-16-01941-JD**
Case Name **JMA Ventures, LLC et al v. Starwood Hotels and Resorts Worldwide Inc.**

Attorney(s) for Plaintiff(s): Michael Aaron Feldman/Joshua H. Lerner
Attorney(s) for Defendant(s): Meryl Macklin
Jacquelyn Schell

Deputy Clerk: Lisa R. Clark Court Reporter: Kathleen Sullivan

PROCEEDINGS

Motion to Dismiss / Transfer - held

NOTES AND ORDERS

The Court hears arguments on Starwood's motion to dismiss or transfer venue to the Southern District of New York. Dkt. No. 24. For the reasons stated on the record during the hearing, the Court transfers the case to the Southern District of New York pursuant to 28 U.S.C. § 1406(a). The clerk is ordered to close and transfer the case accordingly.