Meryl Macklin (CA State Bar No. 115053)
*meryl.macklin@bryancave.com*
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 675-3400
Facsimile: (415) 675-3434

Noah M. Weissman
nmweissman@bryancave.com
*Admitted Pro Hac Vice*
Jacquelyn N. Schell
jacquelyn.schell@bryancave.com
*Admitted Pro Hac Vice*
BRYAN CAVE LLP
1290 Avenue of the Americas, 35th Floor
New York, NY 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-4630

Attorneys for Defendant
STARWOOD HOTELS & RESORTS WORLDWIDE, INC.

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JMA VENTURES, LLC and THE ROXBOROUGH GROUP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>STARWOOD HOTELS AND RESORTS WORLDWIDE INC.,<br><br>Defendant. | Case No.: 3:16-cv-01941-JD<br><br>Assigned to the Hon. James Donato<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Action Filed: April 12, 2016<br>Trial Date: Not Assigned |

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective October 17, 2016, the new address for the San Francisco office of Bryan Cave LLP, counsel of record for Defendants, Starwood Hotels & Resorts Worldwide, Inc. is:

BRYAN CAVE LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070

The phone number for Bryan Cave LLP remains (415) 675-3400, and the fax number remains (415) 675-3434. Email addresses remain unchanged.

Dated: October 11, 2016

**BRYAN CAVE LLP**

By: /s/ Meryl Macklin
Meryl Macklin
Attorney for Defendant
STARWOOD HOTELS & RESORTS WORLDWIDE, INC.